■ In the Matter of Town of Riverhead, Appellant-Respondent, v Saffals Associates, Inc., Respondent-Appellant. —Appeal and cross appeal from a judgment of the Supreme Court, Suffolk County (Corso, J.H.O.), dated January 30, 1990.

Ordered that the judgment is affirmed insofar as appealed from, without costs or disbursements, for reasons stated by Judicial Hearing Officer Corso at the Supreme Court; and it is further,

Ordered that the cross appeal is dismissed as abandoned, without costs or disbursements. Sullivan, J. P., Balletta, Eiber and O'Brien, JJ., concur.